United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2041EM

_____

Sharon Marshall,       *
      *
         Appellant,       *       Appeal from the United States
      *       District Court for the Eastern
      v.       *       District of Missouri.
      *
Citicorp Mortgage, Inc.,       *       [UNPUBLISHED]
      *
         Appellee.       *

_____

Submitted: November 21, 1997
Filed: November 26, 1997

_____

Before FAGG and HANSEN, Circuit Judges, and PIERSOL,[*] District Judge.

_____

PER CURIAM.

      Sharon Marshall appeals the district court's adverse grant of summary judgment in this disability-based employment discrimination action. Having reviewed the record and the materials submitted by the parties, we see no error by the district court. We conclude that an extended discussion is unnecessary, and we also decline to consider the arguments Marshall raises for the first time on appeal. We believe the district

_____

      [*]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, sitting by designation.

court's decision is correct, and we affirm on the basis of the district court's order.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.